FILED
CLERK, U S. DISTRICT COURT
AUG 1 0 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY
KCV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

5:24-217-SSS

UNITED STATES OF AMERICA,
Plaintiff,
v.
ANTHONY MICHAEL GONZALEZ
Defendant.

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- FAILURE TO INTERVIEW WITH PRETRIAL.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- FAILURE TO INTERVIEW WITH PRETRIAL

IT IS ORDERED that defendant be detained.

DATED: 8/10/26

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE